IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
MAY 1 1 2016
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD RITZ CALLAHAN, NEIL DEAN NEARY, EDWARD THOMAS McINTEE, and WILLIAM THOMAS PENGELLY, <br><br> Defendants. | CR 15–37–BU–DLC <br><br> ORDER |

The United States having moved to dismiss Count VII of the Indictment with prejudice and good cause appearing,

IT IS HEREBY ORDERED that the United States Motion to Dismiss Count VII (Doc. 113) is GRANTED. Count VII of the Indictment in this case is DISMISSED WITH PREJUDICE.

Dated this 11th day of May, 2016.

Dana L. Christensen, Chief Judge
United States District Court

1